```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/25/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,

      -against-

YOUNG SON IM, et al.,

      Defendants.

------------------------------------------------------------x

07 CR 737 (PKC)

ORDER

P. KEVIN CASTEL, U.S.D.J.

      Upon the application of the government, consented to by defense counsel, the pretrial conference scheduled for February 25, 2008 is adjourned until March 25, 2008 at 9:45 a.m. in Courtroom 12C. I find that the ends of justice will be served by granting a continuance and that taking such action outweighs the best interest of the public and the defendant in a speedy trial. My reasons for this finding are that the grant of the continuance is needed to accommodate schedules and to permit the parties to continue their discussions regarding possible dispositions of the case. Accordingly, the time between today and March 25, 2008 is excluded.

      SO ORDERED.

                                           P. Kevin Castel
                                        United States District Judge

Dated: New York, New York
       February 25, 2008