```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/27/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,

    -against-

YOUNG SON IM, et al.,

    Defendants.

------------------------------------------------------------x

07 CR 737 (PKC)

ORDER

P. KEVIN CASTEL, U.S.D.J.

    Upon the application of the government, consented to by defense counsel, the pretrial conference scheduled for May 27, 2008 is adjourned until June 17, 2008 at 9:45 a.m. in Courtroom 12C. I find that the ends of justice will be served by granting a continuance and that taking such action outweighs the best interest of the public and the defendant in a speedy trial. My reasons for this finding are that the grant of the continuance is needed to permit the parties to continue to negotiate a disposition in this matter. Accordingly, the time between today and June 17, 2008 is excluded.

    SO ORDERED.

                                                      P. Kevin Castel
                                                      United States District Judge

Dated: New York, New York
         May 27, 2008