IH-14

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA
against

(Alias) Young Sun ~~Kim~~ Im

Please PRINT Clearly

```
DS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/26/08
```

07 Cr. 737
DOCKET NO. ASSIGNED
JUDGE OR MAGISTRATE JUDGE

**NOTICE OF APPEARANCE**

TO:  **CLERK OF COURT S.D.N.Y.**

SIR:  YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS  (Please check one)

1. [ ] CJA    2. [✓] RETAINED    3. [ ] PUBLIC DEFENDER (Legal Aid)

ADMITTED TO PRACTICE IN THIS COURT [ ] NO  [✓] YES - IF YES GIVE YOUR DATE OF ADMISSION. MO. 1  YR. 95

I DO HEREBY CERTIFY THAT I HAVE FILED OR WILL FILE A CERTIFICATE OF GOOD STANDING FROM THE_____ STATE COURT, PURSUANT TO CRIMINAL RULE 1 OF THE LOCAL RULES FOR THE SOUTHERN AND EASTERN DISTRICTS OF NEW YORK.

DATED:  NEW YORK, NEW YORK

SO ORDERED
[signature]
USDJ
8-25-08

SIGNATURE [signature]
PRINT THE FOLLOWING INFORMATION CLEARLY
Jeffrey Cohn
Attorney for Defendant

Firm name if any
35 E. 85th St. #4B
Street address
NY   NY   10028
City   State   Zip
646-201-5202
Telephone No

NOTE:  PLEASE COMPLETE THIS NOTICE OF APPEARANCE AND SUBMIT TO THE CLERK.
SNY CR. FORM REV. 0186